**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **Rev. Dr. Andrew D. Wenmoth,** | : | |
| | : | **Case No. 2:25-cv-00678** |
| **Plaintiff,** | : | |
| **v.** | : | **Judge Graham** |
| | : | |
| **Dallas Baldwin, *et al.*,** | : | **Magistrate Judge Litkovitz** |
| | : | |
| **Defendants.** | : | |

---

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations ("R&R") of United States Magistrate Judge Litkovitz (doc. 12), recommending that this matter be dismissed due to the plaintiff's failure to prosecute. As recited in the R&R, Plaintiff failed to respond to two Deficiency Orders issued by this Court (doc. 6, doc. 8) and likewise failed to respond to the Court's order (doc. 11) to show cause why this case should not be dismissed for lack of prosecution. Doc. 12. No objections to the R&R have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding no clear error in the R&R, the Court hereby **ADOPTS** the same.

Accordingly, it is hereby **ORDERED** that the Complaint be **DISMISSED**.


    **IT IS SO ORDERED**.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: April 14, 2026